

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

**COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on June 20, 2014. *See* TEX. R. APP. P. 35.1. On June 25, 2014, court reporter Patricia A. Gaddis filed a notification of late record. She indicated she has not found the file and will be on vacation for two weeks. We construe her notification as a request for a thirty-day extension of time to file the reporter's record until July 21, 2014.

The request is GRANTED. We ORDER court reporter Patricia A. Gaddis to file the reporter's record with this court by July 21, 2014. *See id.* R. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court